**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Bocardo, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT AND TRIAL BY JURY** |
| | ) **DEMAND** |
| vs. | ) |
| | ) |
| Central Credit Services, Inc., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**I.  INTRODUCTION**

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Plaintiff further alleges a claim for invasion of privacy ancillary to Defendant's collection efforts.

**II.  JURISDICTION**

2.  Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

**III.  PARTIES**

3.  Plaintiff, Kelly Bocardo, is a natural person residing in Maricopa County.

4. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant, Central Credit Services, Inc., is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) trying to collect a "debt" as defined by 15 U.S.C. §1692(a)(5).

### IV.  FACTUAL ALLEGATIONS

7. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

   a) Repeatedly making telephone calls to Plaintiff in connection with collection of a debt allegedly belonging to someone else, and consistently refusing to stop this behavior after numerous requests by Plaintiff (§ 1692d));

   b) Falsely representing the character, amount, or legal status of Plaintiffs debt, including repeatedly stating that Plaintiff owes a debt she does not owe. The alleged debt arose when Kelly Perez, Kelly Bocardos mother, was sent a credit card application in the name of Kelly Perez.  The offer was actually intended for Kelly Bocardo, but was listed in Kelly Bocardos maiden name, Perez.  Kelly Bocardos mother acquired the card and used it, eventually defaulting on the card agreement.  When collection actions started, the creditor gave collection agencies Kelly Bocardos information and she was

eventually contacted about the debt. Despite repeatedly explaining that the debt was the result of mistaken identity and that she did not owe the debt, Plaintiff still received calls from Defendant about the debt (§ 1692e(2)(A));

c) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff.  Owing to the fact that Plaintiff does not owe the debt and informed Defendant of that fact, Defendant should have ceased all calls.  However, Defendant called Plaintiff repeatedly and often, constituting intent to harass, annoy and abuse under the circumstances (§ 1692d(5)).

8. Defendant's aforementioned violations of the FDCPA also caused injury to Plaintiff's feelings, mental anguish and distress and were conducted in a manner highly offensive to a reasonable person.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

    B.    Actual damages;

    C.    Statutory damages;

D. Costs and reasonable attorney's fees; and,

E. For such other and further relief as may be just and proper.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Respectfully submitted this 24th day of March, 2010

By: s/ Marshall Meyers
Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff