1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
4  **602 445 9819**
   **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**
6

7              **UNITED STATES DISTRICT COURT**
8              **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelly Bocardo, | ) Case No. 2:10-cv-00648-DGC |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
|     vs. | ) |
| | ) |
| Central Credit Services, Inc., | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

              Dated this 13th day of May, 2010.

                   By: s/Marshall Meyers
                     Marshall Meyers (020584)
                   **WEISBERG & MEYERS, LLC**

1  Filed electronically on this 13th day of May, 2010, with:

2
   United States District Court CM/ECF system
3

4

5  By: s/Jessica DeCandia
       Jessica DeCandia
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement