**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kelly Bocardo, | ) | Case No. 2:10-cv-00648-DGC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Central Credit Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 21st day of June, 2010.

By: s/Marshall Meyers
    Marshall Meyers
    **WEISBERG & MEYERS, LLC**
    **5025 North Central Ave., #602**
    **Phoenix, AZ 85012**
    **602 445 9819**
    **866 565 1327 facsimile**
    **mmeyers@AttorneysForConsumers.com**
    **Attorney for Plaintiff**

Notice of Dismissal  - 1

1  Filed electronically on this 21st day of June, 2010, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Tremain Davis
       Tremain Davis
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal  - 2